UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WINE GROUP LLC, | No. 2:10-cv-02204-MCE-KJN |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL |
| L. AND R. WINE COMPANY, et al., | |
| Defendants. | |

YOU ARE HEREBY NOTIFIED the October 1, 2012 bench trial is vacated and continued to **March 25, 2013,** at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **January 24, 2013.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the August 9, 2012 Final Pretrial Conference is vacated and continued to **February 7, 2013,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **January 17, 2013,** and shall comply with the procedures outlined in the Court's January 11, 2011 Pretrial Scheduling Order.

///

1

1 The personal appearances of the trial attorneys or person(s) in
2 pro se is mandatory for the Final Pretrial Conference.
3 Telephonic appearances for this hearing are not permitted.
4     Any evidentiary or procedural motions are to be filed by
5 **January 17, 2013**.  Oppositions must be filed by **January 24, 2013**
6 and any reply must be filed by **January 31, 2013**.  The motions
7 will be heard by the Court at the same time as the Final Pretrial
8 Conference.
9     IT IS SO ORDERED.
10  Dated: October 26, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE