1  John F.A. Earley, III, Admitted *Pro Hac Vice*
   jackearley@hardingearley.com
2  Frank J. Bonini, Jr., Admitted *Pro Hac Vice*
   fbonini@hardingearley.com
3  HARDING, EARLEY, FOLLMER & FRAILEY, PC
   86 The Commons at Valley Forge East
4  1288 Valley Forge Road
   Post Office Box 750
5  Valley Forge, Pennsylvania 19482-0750
   Telephone:  610-935-2300
6  Facsimile:  610-935-0600

7  John W. Holcomb (Bar No. 172121)
   jholcomb@kmob.com
8  KNOBBE, MARTENS, OLSON & BEAR, LLP
   3403 Tenth Street
9  Suite 700
   Riverside, CA  92501
10 Telephone:  951-781-9231
   Facsimile:  949-760-9502

11
   Attorneys for Defendant ALABY, LLC and
12 Defendant/Counterclaimant L. AND R. WINE
   COMPANY, INC.

13
14               IN THE UNITED STATES DISTRICT COURT

15               FOR THE EASTERN DISTRICT OF CALIFORNIA

16 | THE WINE GROUP LLC, a Delaware | Case No. 2:10-cv-02204-MCE-KJN |
   |---|---|
17 | Limited Liability Company, | |
   | Plaintiff/Counterdefendant | |
18 | | |
   | v. | |
19 | | **ORDER ON NOTICE OF REQUEST** |
   | L. AND R. WINE COMPANY, INC., a | **TO SEAL DOCUMENTS AND** |
20 | Pennsylvania Corporation, | **REQUEST TO SEAL DOCUMENTS** |
21 | Defendant/Counterclaimant | |
22 | and | |
23 | ALABY, LLC, a Tennessee Corporation, | |
24 | Defendant. | |

25
26
27
28

1   Having reviewed the Request to Seal Documents of Defendant/Counterclaimant L.
2   and R. Wine Company, Inc., and for good cause shown, the Court GRANTS L. and R. Wine
3   Company, Inc.'s Request.

**IT IS SO ORDERED.**

Dated:  February 7, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE