UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE WINE GROUP LLC**,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>**L. AND R. WINE COMPANY, INC.**,<br><br>Defendant and Counterclaimant,<br><br>and<br><br>**ALABY, LLC,**<br><br>Defendant. | Case No. 2:10-cv-02204-MCE-KJN<br><br>**ORDER ON NOTICE OF REQUEST TO SEAL DECLARATIONS OF G. KIP EDWARDS AND JAMES J. EVANS, JR. IN SUPPORT OF THE WINE GROUP'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff, The Wine Group ("TWG"), has requested an Order allowing it to file the following under seal: (a) the Declaration of G. Kip Edwards in Support of The Wine Group's Motion for Summary Judgment, and (b) the Declaration of James A. Evans, Jr. in Support of The Wine Group's Motion for Summary Judgment. TWG has also requested that it be permitted to file the Evans Declaration with the Exhibit redacted.

1     The Edwards Declaration contains as an Exhibit information that Defendant Alaby, LLC

2 has designated as Confidential pursuant to the Protective Order entered in this case.  The Evans

3 Declaration contains as an Exhibit information that TWG has designated as Confidential pursuant

4 to the Protective Order entered in this case.

5     This Court, having already determined that there is good cause to protect information

6 designated as Confidential pursuant to the Protective Order, hereby GRANTS TWG's request and

7 directs the Clerk to file the Declaration of G. Kip Edwards in Support of The Wine Group's

8 Motion for Summary Judgment the Declaration of James A. Evans in Support of The Wine

9 Group's Motion for Summary Judgment and under seal.  These declarations shall remain under

10 seal indefinitely, pending further order of this Court.

11     Within five (5) days of service of this Order, TWG shall file a copy of the Evans

12 Declaration with the Exhibit redacted.

13     IT IS SO ORDERED.

14 DATE:  March 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE