1  John F.A. Earley, III, Admitted *Pro Hac Vice*
   jackearley@hardingearley.com
2  Frank J. Bonini, Jr., Admitted *Pro Hac Vice*
   fbonini@hardingearley.com
3  HARDING, EARLEY, FOLLMER & FRAILEY, PC
   86 The Commons at Valley Forge East
4  1288 Valley Forge Road
   Post Office Box 750
5  Valley Forge, Pennsylvania 19482-0750
   Telephone:  610-935-2300
6  Facsimile:  610-935-0600

7  John W. Holcomb (Bar No. 172121)
   jholcomb@kmob.com
8  KNOBBE, MARTENS, OLSON & BEAR, LLP
   3403 Tenth Street
9  Suite 700
   Riverside, CA  92501
10 Telephone:  951-781-9231
   Facsimile:  949-760-9502
11
   Attorneys for Defendant ALABY, LLC and
12 Defendant/Counterclaimant L. AND R. WINE
   COMPANY, INC.
13

14              IN THE UNITED STATES DISTRICT COURT

15              FOR THE EASTERN DISTRICT OF CALIFORNIA

16 
   THE WINE GROUP LLC, a Delaware              Case No. 2:10-cv-02204-MCE-KJN
17    Limited Liability Company,

18              Plaintiff/Counterdefendant
                                                **ORDER ON NOTICE OF REQUEST**
19       v.                                     **TO SEAL DOCUMENTS AND**
                                                **REQUEST TO SEAL DOCUMENTS**
20 L. AND R. WINE COMPANY, INC., a              **OF DEFENDANT/**
      Pennsylvania Corporation,                 **COUNTERCLAIMANT L. AND R.**
21                                              **WINE COMPANY, INC. (RE:**
                Defendant/Counterclaimant       **EXHIBITS 6, 9, 14 AND 15 TO**
22                                              **DECLARATION OF FRANK J.**
   and                                          **BONINI, JR. IN SUPPORT OF**
23                                              **MOTION FOR PARTIAL SUMMARY**
   ALABY, LLC, a Tennessee Corporation,         **JUDGMENT OF DEFENDANT L. AND**
24                                              **R. WINE COMPANY, INC. ON THE**
                Defendant.                      **WINE GROUP, LLC.'S AMENDED**
25                                              **SECOND AFFIRMATIVE DEFENSE)**

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having reviewed the Request to Seal Documents of Defendant/Counterclaimant L. and R. Wine Company, Inc., and for good cause shown, the Court GRANTS L. and R. Wine Company, Inc.'s Request to file the above-captioned items under seal.

**IT IS SO ORDERED.**

DATE:  March 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE