John F.A. Earley, III, Admitted *Pro Hac Vice*
jackearley@hardingearley.com
Frank J. Bonini, Jr., Admitted *Pro Hac Vice*
fbonini@hardingearley.com
HARDING, EARLEY, FOLLMER & FRAILEY, PC
86 The Commons at Valley Forge East
1288 Valley Forge Road
Post Office Box 750
Valley Forge, Pennsylvania 19482-0750
Telephone: 610-935-2300
Facsimile: 610-935-0600

John W. Holcomb (Bar No. 172121)
jholcomb@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
3403 Tenth Street
Suite 700
Riverside, CA 92501
Telephone: 951-781-9231
Facsimile: 949-760-9502

Attorneys for Defendant ALABY, LLC and
Defendant/Counterclaimant L. AND R. WINE
COMPANY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| THE WINE GROUP LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiff/Counterdefendant<br><br>　v.<br><br>L. AND R. WINE COMPANY, INC., a Pennsylvania Corporation,<br><br>　　　　Defendant/Counterclaimant<br><br>and<br><br>ALABY, LLC, a Tennessee Corporation,<br><br>　　　　Defendant. | Case No. 2:10-cv-02204-MCE-KJN<br><br>**ORDER ON NOTICE OF REQUEST TO SEAL DOCUMENTS AND REQUEST TO SEAL DOCUMENTS RE:**<br><br>**(1) EXHIBITS 2, 3, 9, 16, 17, 21 AND 22 TO THE DECLARATION OF FRANK J. BONINI, JR. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON DEFENDANT L. AND R.'S COUNTERCLAIM FOR CANCELLATION OF PLAINTIFF THE WINE GROUP LLC'S TRADEMARK REGISTRATION**<br><br>**(2) MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>**(3) STATEMENT OF UNDISPUTED FACTS REGISTRATION)** |

1  Having reviewed the Request to Seal Documents of Defendant/Counterclaimant L.
2  and R. Wine Company, Inc., and for good cause shown, the Court GRANTS L. and R. Wine
3  Company, Inc.'s Request that the above-captioned documents be filed under seal.

**IT IS SO ORDERED.**

DATE:  March 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE