John F.A. Earley, III, Admitted *Pro Hac Vice*
jackearley@hardingearley.com
Frank J. Bonini, Jr., Admitted *Pro Hac Vice*
fbonini@hardingearley.com
HARDING, EARLEY, FOLLMER & FRAILEY, PC
86 The Commons at Valley Forge East
1288 Valley Forge Road
Post Office Box 750
Valley Forge, Pennsylvania 19482-0750
Telephone:  610-935-2300
Facsimile:  610-935-0600

John W. Holcomb (Bar No. 172121)
jholcomb@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
3403 Tenth Street
Suite 700
Riverside, CA  92501
Telephone:  951-781-9231
Facsimile:  949-760-9502

Attorneys for Defendant ALABY, LLC and
Defendant/Counterclaimant L. AND R. WINE
COMPANY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| THE WINE GROUP LLC, a Delaware Limited Liability Company, | Case No. 2:10-cv-02204-MCE-KJN |
| Plaintiff/Counterdefendant | |
| v. | |
| L. AND R. WINE COMPANY, INC., a Pennsylvania Corporation, | **ORDER** <br><br> **Date: May 3, 2012** <br> **Time: 2:00 p.m** <br> **Courtroom: No. 7** <br> **Judge: Hon. Morrison C. England, Jr.** |
| Defendant/Counterclaimant | |
| and | |
| ALABY, LLC, a Tennessee Corporation, | |
| Defendant. | |

This matter is now before the Court on Motion of Defendants L. and R. Wine Company, Inc. and Alaby, LLC Motion for leave to file notice of request to seal documents and request to seal documents (ecf no. 71) and defendants motion of Defendants L. and R. Wine Company, Inc. and Alaby, LLC to strike declarations of Laurie Jones and John Sutton and cross-motion for summary judgment for defendants on plaintiff's claims based on plaintiff's unclean hands (ECF No. 72) on the next business day (March 30, 2012) due to intermittent technical failure of the ECF system on March 29, 2012.  The Motion is GRANTED.

**IT IS SO ORDERED.**

April 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE