1  John F.A. Earley, III, Admitted *Pro Hac Vice*
   jackearley@hardingearley.com
2  Frank J. Bonini, Jr., Admitted *Pro Hac Vice*
   fbonini@hardingearley.com
3  HARDING, EARLEY, FOLLMER & FRAILEY, PC
   86 The Commons at Valley Forge East
4  1288 Valley Forge Road
   Post Office Box 750
5  Valley Forge, Pennsylvania 19482-0750
   Telephone:  610-935-2300
6  Facsimile:  610-935-0600

7  John W. Holcomb (Bar No. 172121)
   jholcomb@kmob.com
8  KNOBBE, MARTENS, OLSON & BEAR, LLP
   3403 Tenth Street
9  Suite 700
   Riverside, CA  92501
10 Telephone:  951-781-9231
   Facsimile:  949-760-9502

11
   Attorneys for Defendant ALABY, LLC and
12 Defendant/Counterclaimant L. AND R. WINE
   COMPANY, INC.

13

14              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| THE WINE GROUP LLC, a Delaware Limited Liability Company,<br><br>        Plaintiff/Counterdefendant<br><br>v.<br><br>L. AND R. WINE COMPANY, INC., a Pennsylvania Corporation,<br><br>        Defendant/Counterclaimant<br><br>and<br><br>ALABY, LLC, a Tennessee Corporation,<br><br>        Defendant. | Case No. 2:10-cv-02204-MCE-KJN<br><br>**ORDER ON SECOND AMENDED NOTICE OF REQUEST TO SEAL DOCUMENTS AND REQUEST TO SEAL DOCUMENTS OF DEFENDANT/COUNTERCLAIMANT L. AND R. WINE COMPANY, INC. RE:**<br><br>**(A) EXHIBITS 1, 9, 20 AND 23 TO DECLARATION OF FRANK J. BONINI, JR [ECF NO. 78-1 AND 78-2] AND**<br><br>**(B) EXHIBITS 2, 3, 4, 5, 10, 12, 14, 15 TO DECLARATION OF RICHARD W. CAREY[ECF NO. 70-3]**<br><br>**IN SUPPORT OF DEFENDANTS L. AND R. WINE COMPANY, INC.'S AND ALABY, LLC'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION OF THE WINE GROUP, LLC'S MOTION FOR SUMMARY JUDGMENT** |

1   Having reviewed the Request to Seal Documents of Defendant/Counterclaimant L.

2   and R. Wine Company, Inc., and for good cause shown, the Court GRANTS L. and R. Wine

3   Company, Inc.'s Request.

4   **IT IS SO ORDERED.**

5   DATE:  April 15, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE