1  John F.A. Earley, III, Admitted *Pro Hac Vice*
   jackearley@hardingearley.com
2  Frank J. Bonini, Jr., Admitted *Pro Hac Vice*
   fbonini@hardingearley.com
3  HARDING, EARLEY, FOLLMER & FRAILEY, PC
   86 The Commons at Valley Forge East
4  1288 Valley Forge Road
   Post Office Box 750
5  Valley Forge, Pennsylvania 19482-0750
   Telephone:  610-935-2300
6  Facsimile:  610-935-0600

7  John W. Holcomb (Bar No. 172121)
   jholcomb@kmob.com
8  KNOBBE, MARTENS, OLSON & BEAR, LLP
   3403 Tenth Street
9  Suite 700
   Riverside, CA  92501
10 Telephone:  951-781-9231
   Facsimile:  949-760-9502

11
   Attorneys for Defendant ALABY, LLC and
12 Defendant/Counterclaimant L. AND R. WINE
   COMPANY, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO DIVISION)

| | |
|---|---|
| THE WINE GROUP LLC, a Delaware Limited Liability Company,<br><br>　　　　　Plaintiff/Counterdefendant<br><br>　v.<br><br>L. AND R. WINE COMPANY, INC., a Pennsylvania Corporation,<br><br>　　　　　Defendant/Counterclaimant<br><br>and<br><br>ALABY, LLC, a Tennessee Corporation,<br><br>　　　　　Defendant. | Case No. 2:10-cv-02204-MCE-KJN<br><br>**ORDER ON NOTICE OF REQUEST TO SEAL DOCUMENTS AND REQUEST TO SEAL DOCUMENTS RE:**<br><br>**(A) EXHIBITS 2, 9, 16, 17 AND 21 TO DECLARATION OF RICHARD W. CAREY [ECF NO. 80-3] AND**<br><br>**(B) EXHIBITS 9 AND 22 TO DECLARATION OF MARK BAUMANN [ECF NO. 80-9],**<br><br>**IN SUPPORT OF DEFENDANT L. AND R. WINE COMPANY, INC.'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES TO THE WINE GROUP, LLC'S OPPOSITION TO LR'S MOTION FOR SUMMARY JUDGMENT (CANCELLATION)** |

Having reviewed the Request to Seal Documents of Defendant/Counterclaimant L. and R. Wine Company, Inc. (ECF No. 82), and for good cause shown, the Court GRANTS L. and R. Wine Company, Inc.'s Request.

**IT IS SO ORDERED.**

Dated:  May 3, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE