John F.A. Earley, III, Admitted *Pro Hac Vice*
jackearley@hardingearley.com
Frank J. Bonini, Jr., Admitted *Pro Hac Vice*
fbonini@hardingearley.com
HARDING, EARLEY, FOLLMER & FRAILEY, PC
86 The Commons at Valley Forge East
1288 Valley Forge Road
Post Office Box 750
Valley Forge, Pennsylvania 19482-0750
Telephone:  610-935-2300
Facsimile:  610-935-0600

John W. Holcomb (Bar No. 172121)
jholcomb@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
3403 Tenth Street
Suite 700
Riverside, CA  92501
Telephone:  951-781-9231
Facsimile:  949-760-9502

Attorneys for Defendant ALABY, LLC and
Defendant/Counterclaimant L. AND R. WINE
COMPANY, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO DIVISION)

| | |
|---|---|
| THE WINE GROUP LLC, a Delaware Limited Liability Company,<br><br>Plaintiff/Counterdefendant<br><br>v.<br><br>L. AND R. WINE COMPANY, INC., a Pennsylvania Corporation,<br><br>Defendant/Counterclaimant<br><br>and<br><br>ALABY, LLC, a Tennessee Corporation,<br><br>Defendant. | Case No. 2:10-cv-02204-MCE-KJN<br><br>**ORDER ON NOTICE OF REQUEST TO SEAL DOCUMENTS AND REQUEST TO SEAL DOCUMENTS RE:**<br><br>**(A) EXHIBITS 2, 9, 16, 17 AND 21 TO DECLARATION OF RICHARD W. CAREY [ECF NO. 80-3] AND**<br><br>**(B) EXHIBITS 9 AND 22 TO DECLARATION OF MARK BAUMANN [ECF NO. 80-9],**<br><br>**IN SUPPORT OF DEFENDANT L. AND R. WINE COMPANY, INC.'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES TO THE WINE GROUP, LLC'S OPPOSITION TO LR'S MOTION FOR SUMMARY JUDGMENT (CANCELLATION)** |

1  Having reviewed the Request to Seal Documents of Defendant/Counterclaimant L.
2  and R. Wine Company, Inc. (ECF No. 82), and for good cause shown, the Court GRANTS L.
3  and R. Wine Company, Inc.'s Request.

**IT IS SO ORDERED.**

Dated: May 3, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE