UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE WINE GROUP LLC**,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>**L. AND R. WINE COMPANY, INC.**,<br><br>Defendant and Counterclaimant,<br><br>and<br><br>**ALABY, LLC,**<br><br>Defendant. | Case No. 2:10-cv-02204-MCE-KJN<br><br>**ORDER ON NOTICE OF REQUEST TO SEAL EXPERT REPORT OF MICHAEL C. BELLAS (L. AND R. DAMAGES REPORT)** |

Plaintiff, The Wine Group ("TWG"), has requested (ECF No. 54) an Order allowing it to file an unredacted version of its Expert Report of Michael C. Bellas (L. and R.'s Damages Report) under seal because it contains information the Defendant Alaby has designated as Confidential pursuant to the Protective Order entered in this case.

This Court, having already determined that there is good cause to protect information

1  designated as Confidential pursuant to the Protective Order, hereby GRANTS TWG's requests and
2  directs the Clerk to file the Expert Report of Michael C. Bellas (L. and R. Damages Report) under
3  seal. The unredacted Expert Report of Michael C. Bellas (L. and R. Damages Report) shall remain
4  under seal indefinitely, pending further order of this Court.

5  Within five (5) days of service of this Order, TWG shall file a redacted copy of the Expert
6  Report of Michael C. Bellas (L. and R. Damages Report). The redactions shall be narrowly
7  tailored.

8  **IT IS SO ORDERED.**

9  Dated: May 3, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE