UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE WINE GROUP LLC**,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>**L. AND R. WINE COMPANY, INC.**,<br><br>    Defendant and Counterclaimant,<br><br>    and<br><br>**ALABY, LLC**,<br><br>    Defendant. | Case No. 2:10-cv-02204-MCE-KJN<br><br>**ORDER ON NOTICE OF REQUEST TO SEAL DECLARATION OF JAMES J. EVANS, JR. IN SUPPORT OF THE WINE GROUP'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (UNCLEAN HANDS)** |

Plaintiff, The Wine Group ("TWG"), has requested an Order allowing it to file under seal the Declaration of James A. Evans, Jr. in Support of The Wine Group's Opposition to Defendants' Motion for Summary Judgment.  TWG has also requested that it be permitted to file the Evans Declaration with the Exhibit redacted.

The Evans Declaration contains as an Exhibit information that TWG has designated as Confidential pursuant to the Protective Order entered in this case.

1     This Court, having already determined that there is good cause to protect information

2 designated as Confidential pursuant to the Protective Order, hereby GRANTS TWG's request and

3 directs the Clerk to file the Declaration of James A. Evans under seal.  This Declaration shall

4 remain under seal indefinitely, pending further order of this Court.

5     Within five (5) days of service of this Order, TWG shall file a copy of the Evans

6 Declaration with the Exhibit redacted.

7     **IT IS SO ORDERED.**

8 Dated:  May 11, 2012

9     _____
MORRISON C. ENGLAND, JR

10     UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON NOTICE OF REQUEST TO SEAL DECLARATION OF JAMES J. EVANS, JR. IN SUPPORT OF THE WINE GROUP'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (UNCLEAN HANDS)