UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WINE GROUP LLC, | No. 2:10-cv-02204-MCE-KJN |
| Plaintiff, | |
| v. | ORDER |
| L. AND R. WINE COMPANY, et al., | |
| Defendants. | |

----oo0oo----

The Court is in receipt of the parties' recent communications regarding a potential settlement conference. Upon review of those submissions, the Court declines to set a conference at this time.

IT IS SO ORDERED.

Dated: July 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1