UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE WINE GROUP LLC**,<br><br>　Plaintiff and Counterdefendant,<br><br>　v.<br><br>**L. AND R. WINE COMPANY, INC.**,<br><br>　Defendant and Counterclaimant,<br><br>　and<br><br>**ALABY, LLC,**<br><br>　Defendant. | Case No. 2:10-cv-02204-MCE-KJN<br><br><br>**STIPULATED INJUNCTION** |

The Court having found in its Memorandum and Order of September 10, 2012 (ECF No. 103) that The Wine Group LLC ("TWG") is entitled to injunctive relief for the infringement by Defendants L. and R. Wine Company, Inc. and Alaby, LLC of Federal trademark registration no. 3,900,596, and the parties having stipulated to the entry of this injunction as part of a settlement, the Court hereby Orders as follows:

　　1.　Defendant L. and R. Wine Company, Inc., its officers, agents, servants, employees, and attorneys, their successors and assigns and all others in active concert or participation with them, including their subsidiary companies, having notice of this Order by personal service, electronic mail, or otherwise, and each of them, shall be immediately and permanently enjoined and restrained from packing, manufacturing, distributing, advertising, promoting, selling, or supplying any alcohol beverage in an eight-sided box or otherwise engaging in any other acts or conduct which would cause consumers to erroneously believe that its alcohol beverages are somehow sponsored by, authorized by, licensed by, or in any other way associated with TWG.

2. Defendant Alaby LLC., its officers, agents, servants, employees, and attorneys, their successors and assigns and all others in active concert or participation with them, including their subsidiary companies, having notice of this Order by personal service, electronic mail, or otherwise, and each of them, shall be immediately and permanently enjoined and restrained from packing, manufacturing, distributing, advertising, promoting, selling, or supplying any alcohol beverage in an eight-sided box or otherwise engaging in any other acts or conduct which would cause consumers to erroneously believe that its alcohol beverages are somehow sponsored by, authorized by, licensed by, or in any other way associated with TWG.

3. Defendant L. and R. Wine Company shall provide a copy of this Order to: (a) the supplier of its eight-sided boxes, Americraft Carton, Inc. in Norwalk, Ohio, and (b) the supplier of the bags for use with its eight-sided boxes, Scholle Packaging in Northlake, Illinois.

4. Except as otherwise agreed among them, the Parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 21, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE